# THE STATE OF NEW HAMPSHIRE
## JUDICIAL BRANCH
### SUPERIOR COURT

Merrimack Superior Court
5 Court Street
Concord NH 03301

Telephone: 1-855-212-1234
TTY/TDD Relay: (800) 735-2964
http://www.courts.state.nh.us

## SUMMONS IN A CIVIL ACTION

Case Name: **Edgar Clifford Avery, JR v Chris Sununu, Governor, State of New Hampshire, et al**
Case Number: **217-2020-CV-00692**

Date Complaint Filed: December 21, 2020

**A Complaint has been filed against:**

Bernice Campbell, Assistent Director, Medical and Forensic Services, NHDOC and Bernice Campbell, individually;

Chris Sununu, Governor, State of New Hampshire and Chris Sununu, individually;

Helen Hanks, Commissioner, New Hampshire Department of Corrections (NHDOC) and Helen Hanks, individually;

John Hanson, Administrator of Logistics and Services, NHDOC and John Hanson, individually

**in this Court. A copy of the Complaint is attached.**

**The Court ORDERS that ON OR BEFORE:**

| | |
|---|---|
| February 25, 2021 | Edgar Clifford Avery Jr shall have this Summons and the attached Complaint served upon Bernice Campbell, Assistent Director, Medical and Forensic Services, NHDOC and Bernice Campbell, individually; Chris Sununu, Governor, State of New Hampshire and Chris Sununu, individually; Helen Hanks, Commissioner, New Hampshire Department of Corrections (NHDOC) and Helen Hanks, individually; John Hanson, Administrator of Logistics and Services, NHDOC and John Hanson, individually by in hand or by leaving a copy at his/her abode, or by such other service as is allowed by law. |
| March 18, 2021 | Edgar Clifford Avery Jr shall file the return(s) of service with this Court. Failure to do so may result in this action being dismissed without further notice. |
| 30 days after Defendant is served | Bernice Campbell, Assistent Director, Medical and Forensic Services, NHDOC and Bernice Campbell, individually; Chris Sununu, Governor, State of New Hampshire and Chris Sununu, individually; Helen Hanks, Commissioner, New Hampshire Department of Corrections (NHDOC) and Helen Hanks, individually; John Hanson, Administrator of Logistics and Services, NHDOC and John Hanson, individually, must electronically file an Appearance and Answer or other responsive pleading form with this Court.  A copy of the Appearance and Answer or other responsive |

NHJB-2678-Se (07/01/2018)

pleading must be sent electronically to the party/parties listed below.

**Notice to Bernice Campbell, Assistent Director, Medical and Forensic Services, NHDOC and Bernice Campbell, individually; Chris Sununu, Governor, State of New Hampshire and Chris Sununu, individually; Helen Hanks, Commissioner, New Hampshire Department of Corrections (NHDOC) and Helen Hanks, individually; John Hanson, Administrator of Logistics and Services, NHDOC and John Hanson, individually:** If you do not comply with these requirements you will be considered in default and the Court may issue orders that affect you without your input.

Send copies to:

| Party | Address |
|---|---|
| Edgar Clifford Avery, JR | NHSP #66421 PO BOX 14 CONCORD NH 03302 |
| Chris Sununu, Governor, State of New Hampshire AND Chris Sununu, individually | State House 107 North Main St Concord NH 03301 |
| Helen Hanks, Commissioner, New Hampshire Department of Corrections (NHDOC) AND Helen Hanks, individually | 281 N STATE ST CONCORD NH 03301 |
| John Hanson, Administrator of Logistics and Services, NHDOC AND John Hanson, individually | 281 N STATE ST CONCORD NH 03301 |
| Bernice Campbell, Assistent Director, Medical and Forensic Services, NHDOC AND Bernice Campbell, individually | 281 N STATE ST CONCORD NH 03301 |

BY ORDER OF THE COURT

January 11, 2021

(217952)

Catherine J. Ruffle
Clerk of Court