STATE OF NEW AMPSHIRE

SUPREME COURT

Edgar Clifford Avery Jr.

—v—

Chris Sununu, Governor, State of New Hampshire, et al

No. 217-2020-CV-00692

### MOTION FOR RECUSAL

Now comes the Plaintiff/Appellant, Edgar C. Avery, Jr. and pursuant to the applicable rules files this motion for recusal of Justice Gordon MacDonald. The basis for this motion is the fact that Justice MacDonald served as Defendant Sununu's Attorney General. As such, he may have an actual conflict of interest or the appearance of a conflict may be created.

WHEREFORE, Plaintiff respectfully requests that Justice MacDonald recuse himself from this appeal.

June 27, 2021

Respectfully submitted,

*Edgar Clifford Avery, Jr*
Edgar Clifford Avery, Jr
PO Box 14
Concord, NH 03301

### CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2021 a copy of this motion was served on all parties to the case and were filed with the clerl of the court from which the appeal is taken in accordance with Supreme Court Rules.

*Edgar Clifford Avery, Jr*